AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
*Plaintiff*
v.
Irving Rubin et al. (Joel Rubin)
*Defendant*

Case No. 14 Cr. 741 (KMK)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joel Rubin .

Date: 01/16/2014

/s/
*Attorney's signature*

Jeremy Gutman 0186
*Printed name and bar number*

The Woolworth Building
233 Broadway, Suite 2707
New York, New York 10279
*Address*

jeremygutm@aol.com
*E-mail address*

(212) 644-5200
*Telephone number*

(212) 732-8486
*FAX number*