UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------

United States of America, Plaintiff,

-against-

Irving Rubin et al. (Joel Rubin) Defendant.

Case No. 14 Cr. 741 (KMK)

-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jeremy Gutman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JG 0186 My State Bar Number is 1734649

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Jeremy Gutman
FIRM ADDRESS: 233 Broadway, Suite 2707, New York, NY 10279
FIRM TELEPHONE NUMBER: (212) 644-5200
FIRM FAX NUMBER: (212) 732-8486

NEW FIRM:
FIRM NAME: Jeremy Gutman
FIRM ADDRESS: 40 Fulton Street, 23rd Floor
FIRM TELEPHONE NUMBER: (212) 644-5200
FIRM FAX NUMBER: (646) 368-6337
NEW EMAIL: jgutman@jeremygutman.com

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge_________________________.

Dated: January 30, 2015

[signature]
ATTORNEY'S SIGNATURE