**JEREMY GUTMAN**
ATTORNEY AT LAW
40 FULTON STREET, 23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 644-5200
FAX: (646) 368-6338
E-MAIL: JGUTMAN@JEREMYGUTMAN.COM

January 26, 2016

**By ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Rubin *et al.*
14 Cr. 741 (KMK)

Dear Judge Karas:

On behalf of my client, Joel Rubin, and his wife, Rifky Rubin, who is represented by Justine Harris, I am writing to request a modification of the conditions of their release to permit them to travel to West Palm Beach, Florida, to visit Mrs. Rubin's parents from February 7 to 11, 2016.

Assistant United States Attorney Benjamin Allee has advised me that the government has no objection.

If this request is approved, Mr. and Mrs. Rubin will provide their Pretrial Services Officers with the precise time of their travel and the location where they will stay in Florida.

Accordingly, I request that the Court authorize the requested modification.

Respectfully,

/s/
Jeremy Gutman
*Attorney for Defendant*
*Joel Rubin*