**JEREMY GUTMAN**
ATTORNEY AT LAW
40 FULTON STREET, 23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 644-5200 FAX: (646) 368-6338
E-MAIL: JGUTMAN@JEREMYGUTMAN.COM

February 23, 2017

**By ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Irving Rubin *et al.* (Joel Rubin)
14 Cr. 741 (KMK)

Dear Judge Karas:

I am writing to request a modification of the conditions of release for my client, Joel Rubin, to permit him to travel to Montreal, Canada, to attend a wedding on the evening of Thursday, March 2, 2017. Mr. Rubin would leave on the afternoon of March 2nd and return early the following morning.

We also request that the Court authorize the temporary return of Mr. Rubin's passport for purposes of this travel.

Assistant United States Attorney Benjamin Allee has advised me that the government consents to these requests, and Mr. Rubin's Pretrial Services Officer has no objection.

Thank you for your consideration of this application.

Respectfully,

/s/
Jeremy Gutman
*Attorney for Defendant*
*Joel Rubin*