# HAFETZ & NECHELES LLP
ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 30, 2017

**By ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas St.
White Plains, NY 10601

   Re: *United States v. Irving Rubin et al.*, 14 Cr. 741 (KMK)

Dear Judge Karas:

  Upon further reflection after his sentencing proceeding, Mr. Rubin would like to surrender to the Bureau of Prisons as soon as possible in order to begin serving his term of imprisonment. Thus, we request that the Court's Judgment direct that Mr. Rubin surrender to the institution designated by the Bureau of Prisons by December 26, 2017 rather than by the March 1, 2018 date that we requested on Monday. If December 26 does not allow for sufficient time for designation, we request that Mr. Rubin be permitted to surrender as soon thereafter as a designation is made by the Bureau of Prisons.

            Respectfully submitted,

            /s/

            Kathleen E. Cassidy

cc: All parties (by ECF)