

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

January 30, 2019

VIA ECF and email

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    United States v. Joel Koppel, Case No. 14-CR-741 (KMK)

Dear Judge Karas:

    This firm represents Joel Koppel in the referenced matter. I write to respectfully request permission for Mr. Koppel to travel to Hungary for a religious trip with members of his family, for four days, departing February 2, 2019. If permission is granted, Mr. Koppel will provide his precise itinerary to the Probation Department prior to departure. The purpose of the proposed travel is to visit the privately-owned residence and grave of an historical rabbi.

    We are cognizant of the Court's directive that applications for international travel be made on five days notice. The reason that we did not make this application earlier is because Mr. Koppel was just invited on this trip yesterday. We note that Mr. Koppel's term of probation will be complete in approximately two weeks, and that he has a perfect record of compliance with all conditions.

    I have conferred with the assigned probation officer, who objects to the proposed travel due to the timing of the application. I have also conferred with A.U.S.A. Kathyrn Martin on behalf of the government, who takes no position on the request.

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com

Hon. Kenneth M. Karas
United States District Court Judge
January 30, 2019
Page 2 of 2

Thank you for your attention to this matter.

Respectfully submitted,

S/HEM

Henry E. Mazurek

cc: A.U.S.A. Benjamin R. Allee (email and ECF)
    A.U.S.A. Kathryn Martin (email and ECF)

Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com